UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 0:15-cv-62162-JAL

JEANETTE WEISBERG,

    Plaintiff,

v.

HUNTER WARFIELD, INC.,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the District Court of the Southern District of Florida, Plaintiff's Notice of Settlement with all claims pending having been resolved to the parties' satisfaction.

Respectfully submitted,

**JEANETTE WEISBERG**

By: s/ Alex Weisberg
ALEX D. WEISBERG
FBN: 0566551
WEISBERG CONSUMER LAW GROUP
ATTORNEYS FOR PLAINTIFF
5846 S. Flamingo Road, Ste. 290
Cooper City, FL 33330
(954) 212-2184
(866) 577-0963 fax
aweisberg@afclaw.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY THAT this Notice was filed on this 25th day of November, 2015, by means of the CM/ECF system, and a copy was mailed to the below:

Warren Stoller
Hunter Warfield, Inc.
4620 Woodland Corporate Blvd.
Tampa FL 33614-2415

By: s/ Alex Weisberg
ALEX D. WEISBERG
FBN: 0566551
WEISBERG CONSUMER LAW GROUP
ATTORNEYS FOR PLAINTIFF
5846 S. Flamingo Road, Ste. 290
Cooper City, FL 33330
(954) 212-2184
(866) 577-0963 fax
aweisberg@afclaw.com